IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANNON MONTGOMERY                                              PLAINTIFF

VS.                         CASE NO. 3:17CV00240 PSH

NANCY A. BERRYHILL, Acting Commissioner,
    Social Security Administration                          DEFENDANT

**ORDER**

Plaintiff Shannon Montgomery's motion for an extension of time in which to file his brief (docket entry no. 11) is granted, and he is directed to submit his brief on or before February 6, 2018.

IT IS SO ORDERED this 29th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE