IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANNON W. MONTGOMERY                                      PLAINTIFF

VS.                          CASE NO. 3:17CV00240 PSH

NANCY A. BERRYHILL, Commissioner,
   Social Security Administration                    DEFENDANT

**ORDER**

Defendant Nancy A. Berryhill ("Berryhill") moves for additional time in which to respond to the brief of plaintiff Shannon W. Montgomery ("Montgomery"). Berryhill requests as additional thirty days in which to respond, and notes there is no opposition to this extension. The motion (docket entry no. 14) is granted, and Berryhill is directed to submit her brief on or before April 26, 2018.

IT IS SO ORDERED this 26 day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE