IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANNON MONTGOMERY                                                    PLAINTIFF

VS.                        CASE NO. 3:17CV00240 PSH

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                                               DEFENDANT

## ORDER

Defendant Nancy A. Berryhill ("Berryhill"), in her unopposed motion to reverse and remand (docket entry no. 16) requests this case be reversed and remanded for further administrative proceedings. For good cause, the unopposed motion to reverse and remand is granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 26th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE