# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

SHANNON MONTGOMERY                                                        PLAINTIFF

VS.                       CASE NO. 3:17CV00240 PSH

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                                          DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 26th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE