# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SHANNON MONTGOMERY                                                                  PLAINTIFF

VS.                              CASE NO. 3:17CV00240 PSH

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                                             DEFENDANT

## ORDER

Now before the Court is the plaintiff Shannon Montgomery's ("Montgomery") motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant Nancy A. Berryhill ("Berryhill") does not oppose the motion.

We grant the motion, approving an EAJA award in the amount of $2,389.42 (which includes $20.07 in expenses). We find nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Montgomery, and not her attorney, as set forth in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the Department of Treasury shall issue payment of this award by check made payable to Montgomery, in care of her attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 18th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE